USCA1 Opinion

 

 July 13, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1003 UNITED STATES, Appellee, v. THOMAS P. ATWOOD, Defendant, Appellant. ____________________ No. 94-1095 LAWRENCE EDWARD WOOLSTON, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Torruella, Selya and Stahl, Circuit Judges. ______________ ____________________ Thomas P. Atwood on brief pro se. ________________ Lawrence Edward Woolston on brief pro se. ________________________ Jay P. McCloskey, United States Attorney, and Michael M. DuBose, ________________ __________________ Assistant United States Attorney, on brief for appellees. ____________________ ____________________ Per Curiam. The judgments in the above-captioned ___________ appeals are affirmed on the basis of our decisions in United ______ States v. Dimeo, ___ F.3d ___, No. 93-2272 (1st Cir. July 7, ______ _____ 1994), and United States v. Boot, ___ F.3d ___, No. 93-2317 _____________ ____ (1st Cir. June 7, 1994). Affirmed. ________